## JOHNSON v. INGLIS.

No. 30332.   Feb. 17, 1942.

Rehearing Denied March 17, 1942.

*123 P. 2d 275.*

B. M. Parmenter, of Oklahoma City, for plaintiff in error.

John W. Hayson, of Oklahoma City, for defendant in error.

PER CURIAM.   The petition in the case at bar and the record are similar in all respects to that in Johnson v. Inglis, 190 Okla. 316, 123 P. 2d 272, decided this day, and the opinion and directions to the trial court in that cause are hereby adopted as the opinion and directions in this cause.

Reversed and remanded, with directions.

WELCH, C. J., and RILEY, OSBORN, BAYLESS, HURST, DAVISON, and ARNOLD, JJ., concur. CORN, V. C. J., and GIBSON, J., absent.